# EXHIBIT A

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAVID MESSINGER, *on behalf of himself and all those similarly situated*,<br>301 Boundary Ave.<br>Hanover, PA  17331<br><br>      Plaintiff,<br><br>  v.<br><br>SNYDER'S-LANCE, INC.<br>1250 York St.<br>Hanover, PA  17331<br><br>      Defendant. | Case No.:<br><br>(Philadelphia Court of Common Pleas No. 240600596) |

## DECLARATION OF STACY PITTA IN SUPPORT OF
## NOTICE OF REMOVAL OF DEFENDANT SNYDER'S-LANCE, INC.

I, Stacy Pitta, declare that the following is true and correct:

1. I am over the age of eighteen years. I have personal knowledge of the facts set forth herein and am competent to testify thereto.

2. I make this declaration in support of the Notice of Removal filed by Defendant Snyder's-Lance, Inc. ("Snyder's"), in connection with the above-captioned matter.

3. I am the Senior Human Resources Manager for Snyder's Hanover, PA and Hyannis, MA manufacturing facilities. I have held a Human Resources Manager position for these facilities since I joined Snyder's on October 17, 2022.

4. In my capacity as Human Resources Manager, I am familiar with where Snyder's is incorporated and where it has its principal place of business.

5. Snyder's is a corporation organized under the laws of North Carolina and has its principal place of business in New Jersey at One Campbell Place, Camden, NJ 08103.

6. In my capacity as Human Resources Manager, I have access to the records maintained by Snyder's in its payroll, timekeeping, and human resource management systems in the ordinary course of business, which includes employment history information, personally identifying information, payroll and timekeeping data, and other personnel information for current and former employees. I reviewed the employee, payroll, and timekeeping information described below from the records maintained in Snyder's payroll, timekeeping, and human resource management systems (Snyder's business records).

7. On August 2, 2024, Plaintiff David Messinger served Snyder's with a copy of his Complaint in the action captioned *David Messinger, individually and on behalf of those similarly situated, v. Snyder's-Lance, Inc.*, Case ID: 240600596, filed in the Pennsylvania Court of Common Pleas, Philadelphia County, as well as a Notice to Defend and Praecipe to Reinstate the Complaint.

8. I reviewed Plaintiff's Complaint, and I understand that Plaintiff is asserting a putative class action on behalf of himself and "[a]ll current and former hourly, non-exempt employees of Defendant employed in Pennsylvania at any time from three years prior to the filing of this matter through the date judgment is entered."

9. According to Snyder's business records, Snyder's employed approximately 1,720 non-exempt, hourly employees in Pennsylvania between June 5, 2021 and August 5, 2024. I refer to these employees as "putative class members" throughout this Declaration.

10. Based on my review of Snyder's business records, all of the putative class members are residents of states other than North Carolina and New Jersey. In fact, according to Snyder's business records, the majority of the putative class members reside in Pennsylvania,

including Plaintiff. Snyder's business records indicate that Plaintiff resides in Pennsylvania at 301 Boundary Ave., Hanover, PA 17331.

11. Based on my review of Snyder's business records, the putative class members were employed by Snyder's for a total of about 101,996 workweeks, collectively.

12. Based on my review of Snyder's business records, the average hourly rate of pay for the putative class members is approximately $24.47, and the average hourly overtime rate of pay for the putative class members is approximately $36.71.

13. Based on my review of Snyder's business records, Plaintiff worked 51 total workweeks between June 5, 2021 and the present. Of these 51 workweeks, Plaintiff recorded overtime in 21 workweeks (which amounts to 41.2% of his workweeks since June 5, 2021).

I declare under penalty of perjury under the laws of the United States of America and the Commonwealth of Pennsylvania that the foregoing is true and correct.

Executed on this 10th day of August 2024.

_____
Stacy Pitta