# EXHIBIT C

 

A $5 Convenience fee will be added to the transaction at checkout.

## Case Description

| | |
|---|---|
| Case ID: | 240600596 |
| Case Caption: | MESSINGER VS SNYDER'S-LANCE, INC. |
| Filing Date: | Wednesday, June 05th, 2024 |
| Court: | CLASS ACTION |
| Location: | CITY HALL |
| Jury: | JURY |
| Case Type: | CLASS ACTION |
| Status: | LISTED FOR CASE MGMT CONF |

## Related Cases

No related cases were found.

## Case Event Schedule

| Event | Date/Time | Room | Location | Judge |
|---|---|---|---|---|
| CASE MGMT CONF CLASS ACTION | 27-SEP-2024 11:15 AM | VIA ADVANCED COMMUN. TECH. | REMOTE HEARING | *unassigned* |

## Case motions

No case motions were found.

## Case Parties

| Seq # | Assoc | Expn Date | Type | Name |
|---|---|---|---|---|
| 1 | | | ATTORNEY FOR PLAINTIFF | SWIDLER, JUSTIN L |
| **Address:** SWARTZ SWIDLER, LLC 9 TANNER ST. SUITE 101 HADDONFIELD NJ 08033 (856)685-7420 JSWIDLER@SWARTZ-LEGAL.COM | | **Aliases:** | none | |
| 2 | 1 | | PLAINTIFF | MESSINGER, DAVID |

| | | | | |
|---|---|---|---|---|
| **Address:** | 301 BOUNDARY AVE<br>HAONOVER PA 17331 | **Aliases:** | none | |
| | 3 | | DEFENDANT | SNYDER'S-LANCE INC |
| **Address:** | 1250 YORK ST.<br>HANOVER PA 17331 | **Aliases:** | none | |
| | 4 | 1 | ATTORNEY FOR PLAINTIFF | MILLER, MATTHEW D |
| **Address:** | 9 TANNER ST.<br>SUITE 101<br>HADDONFIELD PA 08033<br>(856)685-7420<br>mmiller@swartz-legal.com | **Aliases:** | none | |
| | 5 | | TEAM LEADER | PATRICK, PAULA |
| **Address:** | CITY HALL<br>RM 510<br>PHILADELPHIA PA 19107<br>(215)686-8338 | **Aliases:** | none | |

## Docket Entries

| Filing Date/Time | Docket Type | Filing Party | Disposition Amount |
|---|---|---|---|
| 05-JUN-2024 02:54 PM | ACTIVE CASE | | |
| **Docket Entry:** | E-Filing Number: 2406009419 | | |
| 05-JUN-2024 02:54 PM | COMMENCEMENT CIVIL ACTION JURY | SWIDLER, JUSTIN L | |
| **Documents:** | Click link(s) to preview/purchase the documents<br>Final Cover — Click HERE to purchase all documents related to this one docket entry | | |
| **Docket Entry:** | none. | | |
| 05-JUN-2024 02:54 PM | COMPLAINT FILED NOTICE GIVEN | SWIDLER, JUSTIN L | |

| Documents: | 📄 Click link(s) to preview/purchase the documents<br>Complaint.pdf<br>Notice to defend.pdf | 🛒 Click HERE to purchase all documents related to this one docket entry |
|---|---|---|
| Docket Entry: | COMPLAINT WITH NOTICE TO DEFEND WITHIN TWENTY (20) DAYS AFTER SERVICE IN ACCORDANCE WITH RULE 1018.1 FILED. | |

| 05-JUN-2024 02:54 PM | JURY TRIAL PERFECTED | SWIDLER, JUSTIN L | |
|---|---|---|---|
| Docket Entry: | 12 JURORS REQUESTED. | | |

| 05-JUN-2024 02:54 PM | WAITING TO LIST CASE MGMT CONF | SWIDLER, JUSTIN L | |
|---|---|---|---|
| Docket Entry: | *none.* | | |

| 02-JUL-2024 01:54 PM | LISTED FOR CASE MGMT CONF | | |
|---|---|---|---|
| Docket Entry: | *none.* | | |

| 02-JUL-2024 01:54 PM | CONFERENCE DATE SET | | |
|---|---|---|---|
| Documents: | 📄 Click link(s) to preview/purchase the documents<br>CLCDS_7.pdf | 🛒 Click HERE to purchase all documents related to this one docket entry | |
| Docket Entry: | *none.* | | |

| 02-JUL-2024 01:54 PM | NOTICE GIVEN UNDER RULE 236 | | |
|---|---|---|---|
| Docket Entry: | NOTICE GIVEN ON 02-JUL-2024 OF CONFERENCE DATE SET ENTERED ON 02-JUL-2024. | | |

| 12-JUL-2024 12:15 PM | PRAECIPE TO REINSTATE CMPLT | SWIDLER, JUSTIN L | |
|---|---|---|---|
| Documents: | 📄 Click link(s) to preview/purchase the documents<br>Praecipe.Reinstate.Complaint (1) (1).pdf<br>2024.06.05.complaint.pdf<br>2024.06.05.notice.to.defend.pdf | 🛒 Click HERE to purchase all documents related to this one docket entry | |

| | | | |
|---|---|---|---|
| **Docket Entry:** | COMPLAINT WITH NOTICE TO DEFEND WITHIN TWENTY (20) DAYS AFTER SERVICE IN ACCORDANCE WITH RULE 1018.1 REINSTATED. (FILED ON BEHALF OF DAVID MESSINGER) | | |
| 26-JUL-2024 11:15 AM | WAITING TO LIST CASE MGMT CONF | | |
| **Docket Entry:** | *none.* | | |
| 26-JUL-2024 11:16 AM | LISTED FOR CASE MGMT CONF | | |
| **Docket Entry:** | *none.* | | |
| 26-JUL-2024 11:16 AM | CONFERENCE DATE SET | | |
| **Documents:** | Click link(s) to preview/purchase the documents CLCDS_12.pdf | Click HERE to purchase all documents related to this one docket entry | |
| **Docket Entry:** | *none.* | | |
| 26-JUL-2024 11:16 AM | NOTICE GIVEN UNDER RULE 236 | | |
| **Docket Entry:** | NOTICE GIVEN ON 29-JUL-2024 OF CONFERENCE DATE SET ENTERED ON 26-JUL-2024. | | |

▶ Case Description  ▶ Related Cases  ▶ Event Schedule  ▶ Case Parties  ▶ Docket Entries

[Search Home]