IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DAVID MESSINGER**<br>*Plaintiff*<br><br>v.<br><br>**SNYDER'S-LANCE, INC.**<br>*Defendant* | Case No. 24cv4377 |

## ORDER

**AND NOW**, this 12th day of December, 2024, following a conference with the Parties and upon consideration of the Parties' request that this matter be stayed pending the Parties' private mediation scheduled for March 26, 2025, it is hereby **ORDERED** that all proceedings in this matter shall be **STAYED** until the Parties' mediation concludes.  The parties are further **ORDERED** to provide the Court with a status report by April 2, 2025.

BY THE COURT:

_____
MARY KAY COSTELLO, J.